ORIGINAL

FILED-CLERK
U.S. DISTRICT COURT

04 APR 20 PM 4: 06

TX EASTERN-MARSHALL

BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

MICROUNITY SYSTEMS ENGINEERING,　§
INC., a California corporation,　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　Plaintiff,　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　vs.　　　　　　　　　　　　　　§　　Civil Action No. 2-04CV-120
　　　　　　　　　　　　　　　　　　§
(1) DELL, INC., a Delaware corporation,　§　　(JURY)　　　(WARD)
and (2), INTEL CORPORATION a　　　§
Delaware corporation　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　Defendants.　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§

AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff MICROUNITY SYSTEMS ENGINEERING, INC. for its Amended Complaint against Defendants INTEL CORPORATION and DELL, INC. allege:

THE PARTIES

1.　MicroUnity Systems Engineering, Inc. ("MicroUnity") is a corporation duly organized and existing under the laws of the State of California.

2.　MicroUnity is informed and believes, and on that basis alleges, that Defendant Dell, Inc. ("Dell") is a corporation duly organized and existing under the laws of the state of Delaware.

3.　MicroUnity is informed and believes, and on that basis alleges, that Defendant Intel Corporation ("Intel") is a corporation duly organized and existing under the laws of the state of Delaware.

JURISDICTION AND VENUE

4.　The court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§1 *et seq.* Venue is proper in this federal district pursuant to 28 U.S.C. §§1391(b)-(c) and 1400(b) in that Intel and Dell have done business in this District, have committed acts of infringement in

566167v1

this District, and continue to commit acts of infringement in this District, entitling MicroUnity to relief.

### INFRINGEMENT OF U.S. PATENT NO. 5,742,840

5.     On April 21, 1998, United States Patent No. 5,742,840 (the "'840 patent") was duly and legally issued for an invention entitled "General Purpose, Multiple Precision Parallel Operation, Programmable Media Processor." MicroUnity was assigned the '840 patent and continues to hold all rights and interest in the '840 patent. A true and correct copy of the '840 patent is attached hereto as Exhibit A.

6.     Intel has infringed and continues to infringe the '840 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Intel's Pentium III Processors, Pentium III Xeon Processors, Celeron II Processors, Mobile Celeron Processors, Celeron III Processors, Xeon Processors, Pentium 4 Processors, and Pentium M Processors and other products, and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products. Intel is liable for its infringement of the '840 patent pursuant to 35 U.S.C. § 271.

7.     Dell has infringed and continues to infringe the '840 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Dell's Latitude corporate notebook PCs, PowerEdge Servers, OptiPlex desktop PCs, Precision Workstations, Inspiron consumer notebooks, Dimension consumer desktop systems and other products, and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products. Dell is liable for its infringement of the '840 patent pursuant to 35 U.S.C. § 271.

8.     Intel's and Dell's acts of infringement have caused damage to MicroUnity and MicroUnity is entitled to recover from Intel and Dell the damages sustained by MicroUnity as a result of Intel's and Dell's wrongful acts in an amount subject to proof at trial. Intel's and Dell's infringement of MicroUnity's exclusive rights under the '840 patent will continue to damage

MicroUnity, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

9.      Upon information and belief, Intel's and Dell's infringement of the '840 patent is willful and deliberate, entitling MicroUnity to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

### INFRINGEMENT OF U.S. PATENT NO. US 5,794,060

10.     On August 11, 1998, United States Patent No. 5,794,060 (the "'060 patent") was duly and legally issued for an invention entitled "General Purpose, Multiple Precision Parallel Operation, Programmable Media Processor." MicroUnity was assigned the '060 patent and continues to hold all rights and interest in the '060 patent. A true and correct copy of the '060 patent is attached hereto as Exhibit B.

11.     Intel has infringed and continues to infringe the '060 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Intel's Pentium III Processors, Pentium III Xeon Processors, Celeron II Processors, Mobile Celeron Processors, Celeron III Processors, Xeon Processors, Pentium 4 Processors, and Pentium M Processors and other products; and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products. Intel is liable for its infringement of the '060 patent pursuant to 35 U.S.C. § 271.

12.     Dell has infringed and continues to infringe the '060 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Dell's Latitude corporate notebook PCs, PowerEdge Servers, OptiPlex desktop PCs, Precision Workstations, Inspiron consumer notebooks, Dimension consumer desktop systems and other products, and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products. Dell is liable for its infringement of the '060 patent pursuant to 35 U.S.C. § 271.

13.     Intel's and Dell's acts of infringement have caused damage to MicroUnity and MicroUnity is entitled to recover from Intel and Dell the damages sustained by MicroUnity as a result of Intel's and Dell's wrongful acts in an amount subject to proof at trial.  Intel's and Dell's infringement of MicroUnity's exclusive rights under the '060 patent will continue to damage MicroUnity, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

14.     Upon information and belief, Intel's and Dell's infringement of the '060 patent is willful and deliberate, entitling MicroUnity to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

### INFRINGEMENT OF U.S. PATENT NO. US 5,794,061

15.     On August 11, 1998, United States Patent No. 5,794,061 (the "'061 patent") was duly and legally issued for an invention entitled "General Purpose, Multiple Precision Parallel Operation, Programmable Media Processor."  MicroUnity was assigned the '061 patent and continues to hold all rights and interest in the '061 patent.  A true and correct copy of the '061 patent is attached hereto as Exhibit C.

16.     Intel has infringed and continues to infringe the '061 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Intel's Pentium III Processors, Pentium III Xeon Processors, Celeron II Processors, Mobile Celeron Processors, Celeron III Processors, Xeon Processors, Pentium 4 Processors, and Pentium M Processors and other products; and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products.  Intel is liable for its infringement of the '061 patent pursuant to 35 U.S.C. § 271.

17.     Dell has infringed and continues to infringe the '061 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Dell's Latitude corporate notebook PCs, PowerEdge Servers, OptiPlex desktop PCs, Precision Workstations, Inspiron consumer notebooks, Dimension consumer desktop systems and other

products, and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products. Dell is liable for its infringement of the '061 patent pursuant to 35 U.S.C. § 271.

18.     Intel's and Dell's acts of infringement have caused damage to MicroUnity and MicroUnity is entitled to recover from Intel and Dell the damages sustained by MicroUnity as a result of Intel's and Dell's wrongful acts in an amount subject to proof at trial. Intel's and Dell's infringement of MicroUnity's exclusive rights under the '061 patent will continue to damage MicroUnity, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

19.     Upon information and belief, Intel's and Dell's infringement of the '061 patent is willful and deliberate, entitling MicroUnity to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

### INFRINGEMENT OF U.S. PATENT NO. 5,809,321

20.     On September 15, 1998, United States Patent No. 5,809,321 (the "'321 patent") was duly and legally issued for an invention entitled "General Purpose, Multiple, Precision, Parallel Operation, Programmable Media Processor." MicroUnity was assigned the '321 patent and continues to hold all rights and interest in the '321 patent. A true and correct copy of the '321 patent is attached hereto as Exhibit D.

21.     Intel has infringed and continues to infringe the '321 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Intel's Pentium III Processors, Pentium III Xeon Processors, Celeron II Processors, Mobile Celeron Processors, Celeron III Processors, Xeon Processors, Pentium 4 Processors, and Pentium M Processors and other products; and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products. Intel is liable for its infringement of the '321 patent pursuant to 35 U.S.C. § 271.

22.     Dell has infringed and continues to infringe the '321 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD

Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Dell's Latitude corporate notebook PCs, PowerEdge Servers, OptiPlex desktop PCs, Precision Workstations, Inspiron consumer notebooks, Dimension consumer desktop systems and other products, and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products. Dell is liable for its infringement of the '321 patent pursuant to 35 U.S.C. § 271.

23.     Intel's and Dell's acts of infringement have caused damage to MicroUnity and MicroUnity is entitled to recover from Intel and Dell the damages sustained by MicroUnity as a result of Intel's and Dell's wrongful acts in an amount subject to proof at trial. Intel's and Dell's infringement of MicroUnity's exclusive rights under the '321 patent will continue to damage MicroUnity, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

24.     Upon information and belief, Intel's and Dell's infringement of the '321 patent is willful and deliberate, entitling MicroUnity to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

### INFRINGEMENT OF U.S. PATENT NO. 6,584,482 B1

25.     On June 24, 2003, United States Patent No. 6,584,482 B1 (the "'482 patent") was duly and legally issued for an invention entitled "Multiplier Array Processing System With Enhanced Utilization At Lower Precision." MicroUnity was assigned the '482 patent and continues to hold all rights and interest in the '482 patent. A true and correct copy of the '482 patent is attached hereto as Exhibit E.

26.     Intel has infringed and continues to infringe the '482 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Intel's Pentium III Processors, Pentium III Xeon Processors, Celeron II Processors, Mobile Celeron Processors, Celeron III Processors, Xeon Processors, Pentium 4 Processors, and Pentium M Processors and other products; and its contributing to and inducement of others to manufacture,

use, sell, import, and/or offer for sale of infringing products. Intel is liable for its infringement of the '482 patent pursuant to 35 U.S.C. § 271.

27.    Dell has infringed and continues to infringe the '482 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Dell's Latitude corporate notebook PCs, PowerEdge Servers, OptiPlex desktop PCs, Precision Workstations, Inspiron consumer notebooks, Dimension consumer desktop systems and other products, and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products. Dell is liable for its infringement of the '482 patent pursuant to 35 U.S.C. § 271.

28.    Intel's and Dell's acts of infringement have caused damage to MicroUnity and MicroUnity is entitled to recover from Intel and Dell the damages sustained by MicroUnity as a result of Intel's and Dell's wrongful acts in an amount subject to proof at trial. Intel's and Dell's infringement of MicroUnity's exclusive rights under the '482 patent will continue to damage MicroUnity, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

29.    Upon information and belief, Intel's and Dell's infringement of the '482 patent is willful and deliberate, entitling MicroUnity to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

### INFRINGEMENT OF U.S. PATENT NO. 6,643,765 B1

30.    On November 4, 2003, United States Patent No. 6,643,765 B1 (the "'765 patent") was duly and legally issued for an invention entitled "Programmable Processor with Group Floating Point Operations." MicroUnity was assigned the '765 patent and continues to hold all rights and interest in the '765 patent. A true and correct copy of the '765 patent is attached hereto as Exhibit F.

31.    Intel has infringed and continues to infringe the '765 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Intel's

Pentium III Processors, Pentium III Xeon Processors, Celeron II Processors, Mobile Celeron Processors, Celeron III Processors, Xeon Processors, Pentium 4 Processors, and Pentium M Processors and other products; and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products. Intel is liable for its infringement of the '765 patent pursuant to 35 U.S.C. § 271.

32.     Dell has infringed and continues to infringe the '765 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Dell's Latitude corporate notebook PCs, PowerEdge Servers, OptiPlex desktop PCs, Precision Workstations, Inspiron consumer notebooks, Dimension consumer desktop systems and other products, and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products. Dell is liable for its infringement of the '765 patent pursuant to 35 U.S.C. § 271.

33.     Intel's and Dell's acts of infringement have caused damage to MicroUnity and MicroUnity is entitled to recover from Intel and Dell the damages sustained by MicroUnity as a result of Intel's and Dell's wrongful acts in an amount subject to proof at trial. Intel's and Dell's infringement of MicroUnity's exclusive rights under the '765 patent will continue to damage MicroUnity, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

34.     Upon information and belief, Intel's and Dell's infringement of the '765 patent is willful and deliberate, entitling MicroUnity to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

### INFRINGEMENT OF U.S. PATENT NO. 6,725,356 B2

35.     On April 20, 2004, United States Patent No. 6,725,356 B2 (the "'356 patent") was duly and legally issued for an invention entitled "System With Wide Operand Architecture, And Method." MicroUnity was assigned the '356 patent and continues to hold all rights and interest in the '356 patent. A true and correct copy of the '356 patent is attached hereto as Exhibit G.

36.     Intel has infringed and continues to infringe the '356 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Intel's Pentium III Processors, Pentium III Xeon Processors, Celeron II Processors, Mobile Celeron Processors, Celeron III Processors, Xeon Processors, Pentium 4 Processors, and Pentium M Processors and other products, and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products. Intel is liable for its infringement of the '356 patent pursuant to 35 U.S.C. § 271.

37.     Dell has infringed and continues to infringe the '356 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's SSE (Streaming SIMD Extensions), SSE2 and/or HT (Hyper-Threading) features, including but not limited to Dell's Latitude corporate notebook PCs, PowerEdge Servers, OptiPlex desktop PCs, Precision Workstations, Inspiron consumer notebooks, Dimension consumer desktop systems and other products, and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products. Dell is liable for its infringement of the '356 patent pursuant to 35 U.S.C. § 271.

38.     Intel's and Dell's acts of infringement have caused damage to MicroUnity and MicroUnity is entitled to recover from Intel and Dell the damages sustained by MicroUnity as a result of Intel's and Dell's wrongful acts in an amount subject to proof at trial. Intel's and Dell's infringement of MicroUnity's exclusive rights under the '356 patent will continue to damage MicroUnity, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

39.     Upon information and belief, Intel's and Dell's infringement of the '356 patent is willful and deliberate, entitling MicroUnity to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

### INFRINGEMENT OF U.S. PATENT NO. 5,630,096

40.     On May 13, 1997, United States Patent No. 5,630,096 (the "'096 patent") was duly and legally issued for an invention entitled "Controller For A Synchronous DRAM That

Maximizes Throughput By Allowing Memory Requests And Commands To Be Issued Out Of Order." MicroUnity was assigned the '096 patent and continues to hold all rights and interest in the '096 patent. A true and correct copy of the '096 patent is attached hereto as Exhibit H.

41.     Intel has infringed and continues to infringe the '096 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing a controller for synchronous DRAM operations, including but not limited to Intel's 440LX, 440BX, 440EX, 440GX, 450NX, 440ZX, 440DX, i810, Profusion, i820, i810E and i840 chipsets; and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of such products. Intel is liable for its infringement of the '096 patent pursuant to 35 U.S.C. § 271.

42.     Dell has infringed and continues to infringe the '096 patent by its manufacture, use, sale, importation, and/or offer for sale of products utilizing Intel's controller for synchronous DRAM operations, including but not limited to Dell's Latitude corporate notebook PCs, PowerEdge Servers, OptiPlex desktop PCs, Precision Workstations, Inspiron consumer notebooks, Dimension consumer desktop systems and other products, and its contributing to and inducement of others to manufacture, use, sell, import, and/or offer for sale of infringing products. Dell is liable for its infringement of the '096 patent pursuant to 35 U.S.C. § 271.

43.     Intel's and Dell's acts of infringement have caused damage to MicroUnity and MicroUnity is entitled to recover from Intel and Dell the damages sustained by MicroUnity as a result of Intel's and Dell's wrongful acts in an amount subject to proof at trial. Intel's and Dell's infringement of MicroUnity's exclusive rights under the '096 patent will continue to damage MicroUnity, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

44.     Upon information and belief, Intel's and Dell's infringement of the '096 patent is willful and deliberate, entitling MicroUnity to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

### JURY DEMAND

45.     MicroUnity demands a trial by jury on all issues.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff MicroUnity Systems Engineering, Inc., requests entry of judgment in its favor and against Intel Corporation and Dell, Inc. as follows:

a)      Declaration that Intel Corporation and Dell, Inc. have infringed U.S. Patent Nos. 5,742,840, 5,794,060, 5,794,061, 5,809,321, 6,584,482 B1, 6,643,765 B1, 6,725,356 B2 and 5,630,096;

b)      Permanently enjoining Intel Corporation. and Dell, Inc., and , the respective officers, agents, employees, and those acting in privity with them, from further infringement, contributory infringement and/or inducing infringement of U.S. Patent Nos. 5,742,840, 5,794,060, 5,794,061, 5,809,321, 6,584,482 B1, 6,643,765 B1, 6,725,356 B2 and 5,630,096;

c)      Awarding the damages arising out of Intel Corporation's and Dell, Inc.'s infringement of U.S. Patent Nos. 5,742,840, 5,794,060, 5,794,061, 5,809,321, 6,584,482 B1, 6,643,765 B1, 6,725,356 B2 and 5,630,096, including enhanced damages pursuant to 35 U.S.C. § 284, to MicroUnity Systems Engineering, Inc., together with prejudgment and post-judgment interest, in an amount according to proof;

d)      An award of attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law; and

e)      For such other costs and further relief as the Court may deem just and proper.

DATED:  April 20, 2004          Respectfully submitted,

By: *Stephen D. Susman / By permission* JSG
Franklin Jones, Jr.
State Bar No. 00000055
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
maizieh@millerfirm.com

Stephen D. Susman - Attorney-in-Charge
State Bar No. 1952100
ssusman@susmangodfrey.com
Max L. Tribble, Jr.
State Bar No. 20213950
mtribble@susmangodfrey.com
Joseph S. Grinstein
State Bar No. 24002188
jgrinstein@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Michael F. Heim
State Bar No. 09380923
mheim@conleyrose.com
CONLEY, ROSE, PC
1600 Travis Street, Suite 7100
Houston, Texas 77002
Telephone: (713) 238-8000
Facsimile: (713) 238-8008

Otis W. Carroll
State Bar No. 03895700
nancy@icklaw.com
IRELAND CARROLL AND KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 561-1071

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@mailbmc.com
BROWN McCARROLL, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

George M. Schwab
CA State Bar No. 058250
gms@townsend.com
Gregory S. Bishop
CA State Bar No. 184680
gsbishop@townsend.com
April E. Abele
CA State Bar No. 180638
aeabele@townsend.com
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for MICROUNITY SYSTEMS
ENGINEERING, INC.

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 20th day of April, 2004, as indicated below:

David Healey
Weil Gotshal & Manges, LLP
700 Louisiana, Suite 1600
Houston, TX 77002

*Via Federal Express*

Eric H. Findlay
Ramey & Flock, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
*Attorneys for Intel Corporation*

*Via Federal Express*

Kenneth Robert Adamo
Daniel T. Conrad
Mark Nolan Reiter
Thomas Ray Jackson
Jones Day
2727 N. Harwood St.
Dallas, TX 75201-1515
*Attorneys for Dell, Inc.*

*Via Federal Express*

Joseph S. Grinstein

# EXHIBITS NOT SCANNED

# ORIGINALS ARE IN THE

# CLERK'S OFFICE