IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MICROUNITY SYSTEMS ENGINEERING, INC., <br>     Plaintiff, <br><br> v. <br><br> DELL, INC. AND INTEL CORP., <br>     Defendants. | § § § § § § § § § | CIVIL ACTION NO. 2-04-CV-120 (TJW) |

**ORDER**

Before the Court is Defendants' Motion to Compel (#70). The Court grants Defendants' Motion. Stexar Corporation shall produce its documents, without redactions, pursuant to the terms of the Protective Order issued in this case.

SIGNED this 8th day of September, 2005.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE