IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MICROUNITY SYSTEMS ENGINEERING, INC., a California corporation, | § § § § | |
| Plaintiff, | § § | Civil Action No. 2-04CV-120 |
| vs. | § § | (JURY)    (WARD) |
| (1) DELL, INC. F/K/A DELL COMPUTER CORPORATION, a Delaware corporation, and (2) INTEL CORPORATION, a Delaware Corporation | § § § § § § | |

**PLAINTIFF MICROUNITY'S TRIAL WITNESS LIST**

Plaintiff MicroUnity Systems Engineering, Inc. ("MicroUnity") files this Trial Witness List for identification and categorization of witnesses, pursuant to this Court's Docket Control Order.

|   | **WITNESS** | **WILL CALL** | **MAY CALL** |
|---|---|---|---|
| 1. | Mohammad Abdallah<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |  | X |
| 2. | Ronald Alepin<br>Los Altos Systems Research, Inc.<br>Los Altos Hills, CA 94022-4412<br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn: Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 651-9366 |  | X |
| 3. | Ittai Anati<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |  | X |
| 4. | Richard Belgard<br>P.O. Box 896<br>Saratoga, CA 95071<br>(408) 867-6833<br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn: Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 651-9366 | X |  |
| 5. | Brent Boswell<br>Intel Corporation |  | X |

| | WITNESS | WILL CALL | MAY CALL |
|---|---|---|---|
| | Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | |
| 6. | Thomas Buckmaster<br>MicroUnity Systems Engineering, Inc.<br>Santa Clara, CA 95050<br>(408) 734-8100<br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn: Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 651-9366 | X | |
| 7. | Kenneth L. Cage<br>McDermott, Will & Emery LP<br>600 13th Street, NW<br>Washington D.C. 20005<br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn: Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 651-9366 | | X |
| 8. | Craig M. Chase<br><br>Contact through defendants' counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 9. | Kathleen Chattin<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey | | X |

|   | WITNESS | WILL CALL | MAY CALL |
|---|---|---|---|
|   | 700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |   |   |
| 10. | Rob Crooke<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn:  David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |   | X |
| 11. | Lawrence T. Cullen<br>Souderton, Pennsylvania, 18964<br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn:  Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 651-9366 |   | X |
| 12. | Dell, Inc.<br><br>Contact through Dell's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn:  David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |   | X |
| 13. | Mooly Eden<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn:  David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |   | X |
| 14. | Michael E. Fogarty<br>McDermott, Will & Emery LP<br>600 13th Street, NW<br>Washington D.C. 20005<br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn:  Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002 |   | X |

| | WITNESS | WILL CALL | MAY CALL |
|---|---|---|---|
| | (713) 651-9366 | | |
| 15. | Alan Fraser<br>Saratoga, CA 95070<br>(408) 569-7403 | | X |
| 16. | Simcha Gochman<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 17. | Alan H. Gordon<br>Alan H. Gordon & Associates, P.C.<br>3200 Southwest Freeway, Suite 2355<br>Houston, TX 77027<br>(877) 951-6200<br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn: Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 651-9366 | X | |
| 18. | Andrew Grove<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 19. | Craig Hansen<br>MicroUnity Systems Engineering, Inc.<br>376 Martin Avenue<br>Santa Clara, CA 95050<br>(408) 734-8100<br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn: Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 651-9366 | X | |
| 20. | David Heinsen | | X |

| | WITNESS | WILL CALL | MAY CALL |
|---|---|---|---|
| | Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | |
| 21. | Glenn J. Hinton<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 22. | Thomas R. Huff<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 23. | Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 24. | Richard Allen Killworth<br>Dinsmore & Shohl LLP<br>One Dayton Center<br>Dayton, OH 45402<br>(937) 449-6424<br><br>Contact through defendants' counsel:<br>Weil, Gotshal & Manges LLP | | X |

| | WITNESS | WILL CALL | MAY CALL |
|---|---|---|---|
| | Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | |
| 25. | James M. Knox<br><br>Contact through defendants' counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 26. | Les Kohn<br>(Former employee of Intel Corporation)<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 27. | Jeffrey Leitzinger<br>Econ One Research, Inc.<br><br>Los Angeles, CA 90071<br>(213) 624-9600<br><br><br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn: Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 651-9366 | X | |
| 28. | David Lent<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 29. | Ann Lewnes<br>Intel Corporation | | X |

| | **WITNESS** | **WILL CALL** | **MAY CALL** |
|---|---|---|---|
| | Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | |
| 30. | Alexia Massalin<br>MicroUnity Systems Engineering, Inc.<br>Santa Clara, CA 95050<br>(408) 734-8100<br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn: Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 651-9366 | | X |
| 31. | David May<br><br>Contact through defendants' counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 32. | Joseph McAlexander<br><br>Contact through defendants' counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 33. | Jeffrey McCrea<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 34. | Maya McReynolds<br>Dell, Inc. | | X |

|  | **WITNESS** | **WILL CALL** | **MAY CALL** |
|---|---|---|---|
|  | Contact through Dell's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |  |  |
| 35. | Larry Mennemeier<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |  | X |
| 36. | Melvin Ray Mercer<br>College Station, TX 77845<br>(979) 690-1980<br><br>Contact through defendants' counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |  | X |
| 37. | MicroUnity Engineering Systems, Inc.<br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn: Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 651-9366 |  | X |
| 38. | Avram Miller<br>The Avram Miller Company<br>San Francisco, CA 94123<br>(415) 276-1901<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |  | X |
| 39. | Nimish Modi<br>Intel Corporation |  | X |

|    | WITNESS | WILL CALL | MAY CALL |
|----|---------|-----------|----------|
|    | Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | |
| 40. | John Moussouris<br>MicroUnity Systems Engineering, Inc.<br>376 Martin Avenue<br>Santa Clara, CA 95050<br>(408) 734-8100<br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn: Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 651-9366 | X | |
| 41. | James Olivier<br><br>Contact through defendants' counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 42. | Alexander Peleg<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 43. | Thomas Rhyne<br>Austin, TX 78746<br>(512) 327-1816<br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn: Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002 | X | |

|  | **WITNESS** | **WILL CALL** | **MAY CALL** |
|---|---|---|---|
|  | (713) 651-9366 |  |  |
| 44. | Patrice Roussel<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |  | X |
| 45. | Walter Rudd<br><br>Sluidell, LA 70457<br>(985) 661-1430<br><br><br>Alternate Address:<br>River Road<br>Baton Rouge, LA 70820<br>(225) 769-7805<br><br>Contact through MicroUnity's counsel:<br>Susman Godfrey L.L.P.<br>Attn: Stephen D. Susman<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 651-9366 | X |  |
| 46. | Eric Samuels<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |  | X |
| 47. | Guillermo Savransky<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |  | X |

|   | **WITNESS** | **WILL CALL** | **MAY CALL** |
|---|---|---|---|
| 48. | John Schiffhauer<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |   | X |
| 49. | Richard Schuckle<br>Dell, Inc.<br><br>Contact through Dell's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |   | X |
| 50. | Sunil Shenoy<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |   | X |
| 51. | David Simon<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |   | X |
| 52. | William C. Slemmer<br><br>Contact through defendants' counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey |   | X |

|     | **WITNESS** | **WILL CALL** | **MAY CALL** |
|-----|---|---|---|
|     | 700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |     |     |
| 53. | Zeev Sperber<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |     | X |
| 54. | David Stitzenberg<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |     | X |
| 55. | Earl E. Swartzlander, Jr.<br><br>Contact through defendants' counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |     | X |
| 56. | Stephen A. Szygenda<br><br>Contact through defendants' counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 |     | X |
| 57. | Edwin Taylor<br>Blakely Sokoloff Taylor & Zafman<br>1279 Oakmead Parkway<br>Sunnyvale, CA 94085<br>408-720-8300 |     | X |
| 58. | Shlomit Weiss<br>Intel Corporation<br><br>Contact through Intel's counsel: |     | X |

| | WITNESS | WILL CALL | MAY CALL |
|---|---|---|---|
| | Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | |
| 59. | Ofri Weschler<br>Intel Corporation<br><br>Contact through Intel's counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 60. | Stephen B. Wicker<br><br>Contact through defendants' counsel:<br>Weil, Gotshal & Manges LLP<br>Attn: David Healey<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 456-5000 | | X |
| 61. | Albert Yu<br>(Former Employee of Intel Corporation. Current address unknown) | | X |

MicroUnity reserves the right to amend or supplement this list, or call witnesses who are not on this list including rebuttal and impeachment witnesses, and to provide the jury with counter designations to deposition testimony presented by Defendants.

DATED: September 19, 2005              Respectfully submitted,

By: */s/ Stephen D. Susman by permission S. Calvin Capshaw*
Stephen D. Susman - Attorney-in-Charge
State Bar No. 1952100
ssusman@susmangodfrey.com
Max L. Tribble, Jr.
State Bar No. 20213950
mtribble@susmangodfrey.com

Joseph S. Grinstein
State Bar No. 24002188
jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Franklin Jones, Jr.
State Bar No. 00000055
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
maiziej@millerfirm.com

Michael F. Heim
State Bar No. 09380923
mheim@conleyrose.com
CONLEY, ROSE, PC
1600 Travis Street, Suite 7100
Houston, Texas 77002
Telephone: (713) 238-8000
Facsimile: (713) 238-8008

Otis W. Carroll
State Bar No. 03895700
nancy@icklaw.com
IRELAND CARROLL AND KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 561-1071

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@mailbmc.com
BROWN McCARROLL, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

George M. Schwab
CA State Bar No. 058250
gms@townsend.com
Gregory S. Bishop
CA State Bar No. 184680
gsbishop@townsend.com
April E. Abele
CA State Bar No. 180638
aeabele@townsend.com
TOWNSEND AND TOWNSEND AND CREW LLP

Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for MICROUNITY SYSTEMS
ENGINEERING, INC.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 19th day of September, 2005, as indicated below:

**Intel Corporation Counsel:**
David Healey
**Weil Gotshal & Manges, LLP**
700 Louisiana, Suite 1600
Houston, TX 77002
david.healey@weilcom

Matthew D. Powers
**Weil, Gotshal & Manges LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com

James J. Elacqua
**Dewey Ballantine LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
jelacqua@deweyballantine.com

Kevin Kudlac, P.C. (TX#00790089)
Kathy Terry
**Dewey Ballantine LLP**'
401 Congress Avenue, Suite 3200
Austin, TX 78701
kkudlac@deweyballantine.com

Cecil E. Key: ckey@deweyballantine.com
Cono A. Carrano:
ccarrano@deweyballantine.com
**Dewey Ballantine LLP**
1775 Pennsylvania Avenue, N.W.
Washington, D C 20006

**Dell, Inc. Counsel:**
Kenneth Robert Adamo
Email: kradamo@jonesday.com
Daniel T. Conrad
dtconrad@jonesday.com
Mark Nolan Reiter
mnreiter@jonesday.com
Thomas Ray Jackson
trjackson@jonesday.com
**Jones Day**
2727 N. Harwood St.
Dallas, TX 75201-1515

Eric H. Findlay
**Ramey & Flock, P.C.**
100 E. Ferguson, Suite 500
Tyler, Texas 75702
ericf@rameyflock.com

Gil Gillam, Jr.
**Gillam & Smith, LLP**
110 S. Bolivar, Suite 204
Marshall, Texas 75670
gil@gillamsmithlaw.com

/s/ S. Calvin Capshaw